UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

YVETTE BARBARA BALDWIN,     Case No. 1:10-cv-952
   Plaintiff

                       Barrett, J.
vs                      Litkovitz, M.J.

MARSHAL & ILSLEY FINANCIAL
CORPORATION, et al.,           **REPORT AND**
   Defendants.                **RECOMMENDATION**

Plaintiff brings this breach of contract action claiming defendant Marshall & Ilsley Financial Corporation ("MI"), and other affiliated institutions and individuals, denied plaintiff access to her bank accounts. On June 6, 2011, the undersigned issued a Report and Recommendation that plaintiff's complaint be dismissed based on her failure to respond to this Court's Orders. (Doc. 17).

On June 9, 2011, plaintiff filed a "motion to amend" to "keep the court updated on various concerns and occurrences" in plaintiff's life. (Doc. 18). The subject matter of the motion to amend is wholly unrelated to the complaint in this matter and fails to set forth any facts stating a claim for relief against the named defendants. Nor does the motion to amend address plaintiff's failure to respond to the Court's Orders. Accordingly, plaintiff's motion to amend should be denied.

**IT IS THEREFORE RECOMMENDED THAT** plaintiff's motion to amend be **DENIED**.

Date: 6/10/11                      Karen L. Litkovitz, Magistrate Judge
                                                    United States District Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

YVETTE BARBARA BALDWIN,
    Plaintiff

vs

MARSHAL & ISLSEY FINANCIAL
CORPORATION, et al.,
    Defendants

Case No. 1:10-cv-952

Barrett, J.
Litkovitz, M.J.

NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

2

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☒ Agent ☐ Addressee |
| | B. Received by (*Printed Name*)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Yvette Barbara Baldwin<br>8112 Constitution Drive<br>Cincinnati, Ohio 45215 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7001 2510 0008 6348 6946 |

PS Form **3811**, August 2001      Domestic Return Receipt      102595-02-M-1540